**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE JAMES BROOKS COMPANY,** | |
| Plaintiff, | 1:05-CV-00849 OWW LJO |
| v. | |
| **CERTAIN UNDERWRITERS AT LLOYDS,** | **ORDER DISMISSING ACTION PURSUANT TO STIPULATION** |
| Defendant | |

Pursuant to the stipulation of the parties, this action is ordered dismissed with prejudice, with waiver of costs and fees. IT IS SO ORDERED.

**Dated:  November 7, 2006**         /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE

1